Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik,<br><br>   Plaintiff<br><br>vs.<br><br>New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix,<br><br>   Defendant. | No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Pursuant to Local Rule of Civil Procedure ("Local Rule") 3.6(a) and 28 U.S.C. §§ 1331, 1441(a)(c) and 1446, Defendant New Crescent Investments, LLC d/b/a Sheraton Crescent Phoenix ("Sheraton Crescent") provides notice of the removal to this Court of *Strojnik v. New Crescent Investments, LLC*, filed in the Maricopa County Superior Court, and assigned case number CV2020-050551.

**I.   INTRODUCTION**

Mr. Strojnik—a former attorney who was disbarred in 2018 for filing meritless ADA accessibility lawsuits—has now begun filing ADA lawsuits *pro per*, seeking damages for barriers to accessibility that he alleges he personally encountered at Sheraton Crescent's hotel. Mr. Strojnik has asserted a claim under the Americans with Disabilities Act ("ADA") as well as a state law claim for negligence. The Court has jurisdiction over the lawsuit because Mr. Strojnik's ADA claim arises under federal law. Accordingly, removal is proper.

## II. THIS COURT HAS ORIGINAL JURISDICTION PURSUANT TO 28 U.S.C. § 1331.

Under 28 U.S.C. § 1441(a), a defendant may remove any case over which the Court has "original jurisdiction." A district court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331.

Mr. Strojnik has asserted a claim against Sheraton Crescent for alleged ADA violations that exist because of, and therefore arise under, the laws of the United States. See 42 U.S.C. § 12101, *et seq.*

## III. THIS NOTICE OF REMOVAL IS TIMELY

A defendant may file a Notice of Removal within "30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b)(1).

Mr. Strojnik filed this Complaint in the Maricopa County Superior Court on January 23, 2020. See *Exhibit A*. He filed is Affidavit of Service on February 3, 2020, alleging that he served the pleadings on January 27, 2020. See *Exhibit B*. Accordingly, Sheraton Crescent's deadline for filing a Notice of Removal is February 26, 2020. Accordingly, this Notice is timely.

## IV. SHERATON CRESCENT HAS COMPLIED WITH THE LOCAL RULE GOVERNING REMOVAL.

A copy of the entire state court record, as it existed on the date of this filing, is attached as *Exhibit C* [1 – 8]. See L.R.Civ. 3.6(b). A declaration of Lindsay G. Leavitt, confirming that the state court record attached as Exhibit C is true and complete, is attached as **Exhibit D**. No motions are pending in the state court. *See* L.R.Civ. 3.6(c). Contemporaneously with this filing, a separate notice will be filed in state court with a copy of this Notice attached as **Exhibit E**. *See* L.R.Civ. 3.6(a).

## V. CONCLUSION

Because this case satisfies the requirements for being in federal district court and Sheraton Crescent complied with the removal process, this case should be removed from the Maricopa County Superior Court to the U.S. District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 14th day of February, 2020.

                               JENNINGS, STROUSS & SALMON, P.L.C.

                               By  *s/ Lindsay G. Leavitt*
                                      Lindsay G. Leavitt
                                      One East Washington Street, Suite 1900
                                      Phoenix, Arizona  85004-2554
                                      *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on February 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

☐ I hereby certify that on February 14, 2020, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

s/ Tana Davis-Digeno

6958256v1(69171.1)