# EXHIBIT "A"

Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff<br><br>vs.<br><br>New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix,<br><br>Defendant. | No. CV-20-343-PHX-DWL<br><br>**DECLARATION OF LINDSAY G. LEAVITT** |

STATE OF ARIZONA   )
                   ) ss:
County of Maricopa )

LINDSAY G. LEAVITT, pursuant to Rule 80(c), *Ariz.R. Civ.P.*, hereby declares as follows:

1. I am the lead attorney for the Defendant in the foregoing action and make this Declaration of my own personal knowledge for and on behalf of the Defendant being duly authorized to do so;

2. Mr. Strojnik filed a Motion for Partial Summary Judgment, alleging that there are no material disputes of fact regarding his claims under the ADA and for Consumer Fraud.

3. When Mr. Strojnik was a licensed attorney, he filed more than 2000 ADA cases. The majority of those case were dismissed for lack of Article III standing.

7234649v1(69171.1)

4. Before Defendant can adequately respond to Mr. Strojnik's Motion for Partial Summary Judgment it needs to take the depositions of Mr. Strojnik and his wife, Tanya C. Strojnik to better determine whether Mr. Strojnik has Article III standing to bring his claim.

5. Defendant also needs time to consult with an ADA accessibility expert. It had not yet done so because its deadline its expert deadline is more than three months away. In light of Mr. Strojnik's Motion, Defendant needs to consult with an expert to determine the validity of Mr. Strojnik's allegations and Motion.

6. Accordingly, Defendant requests an additional 60 days to file a Response to Mr. Strojnik's Motion.

I declare, certify and state under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of August, 2020

_____
Lindsay G. Leavitt
One East Washington Street, Suite 1900
Phoenix, Arizona  85004-2554
*Attorneys for Defendant*

7234649v1(69171.1)