Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>　　　　Plaintiff<br><br>vs.<br><br>New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix,<br><br>　　　　Defendant. | No. CV-20-343-PHX-DWL<br><br>**NOTICE OF DEPOSITION OF PETER STROJNIK** |

**PLEASE TAKE NOTICE** that, pursuant to, FED. R. CIV. P. 26 and 30, Defendants designate that the deposition upon oral examination of the following described person shall be recorded stenographically and will be taken before a person authorized by law to administer oaths, on the following date and at the following time and place:

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Pete Strojnik |
| **DATE & TIME OF DEPOSITION:** | **September 18, 2020 at 9:00 a.m.** |
| **PLACE OF DEPOSITION:** | Jennings, Strouss & Salmon, PLC<br>One E. Washington Street, Ste. 1900<br>Phoenix, AZ 85004<br><br>**Via Zoom Videoconference – invitations will be sent separately.** |

7276670v1(69171.1)

This oral examination will continue thereafter on successive business days until completed. You are invited to attend and cross-examine.

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

           JENNINGS, STROUSS & SALMON, P.L.C.

           By *s/ Lindsay G. Leavitt*
             Lindsay G. Leavitt
             One East Washington Street, Suite 1900
             Phoenix, Arizona 85004-2554
             *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

☒   I hereby certify that on September 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Peter Srojnik
        7847 N. Central Avenue
        Phoenix, AZ 85020
        ps@strojnik.com

☐   I hereby certify that on September 3, 2020, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

            s/ Tana Davis-Digeno

7276670v1(69171.1)