Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>Plaintiff<br><br>vs.<br><br>New Crescent Investments, LLC, d/b/a Sheraton Crescent Phoenix,<br><br>Defendant. | No. CV-20-343-PHX-DWL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT [DOC. 51]**<br><br>(First Request) |

Pursuant to LRCiv. 7.3(a), the Parties have stipulated to extending Defendant's deadline to file its Reply in Support of its Motion to Declare Plaintiff a Vexatious Litigant [Doc. 51] by seven (7) calendar days. Accordingly, the Parties jointly move the Court to permit Defendant to file its Reply on or before Monday, November 16, 2020.

RESPECTFULLY SUBMITTED this 9th day of November, 2020.

          JENNINGS, STROUSS & SALMON, P.L.C.

          By *s/ Lindsay G. Leavitt*
              Lindsay G. Leavitt
              One East Washington Street, Suite 1900
              Phoenix, Arizona  85004-2554
              *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on November 9, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com

☐ I hereby certify that on November 9, 2020, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

                                          s/ Tana Davis-Digeno

7386225v1(69171.1)